```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

            Plaintiff,

      v.                                  6:02-CR-6017T

WINSTON THOMAS,

            Defendant.
_____
```

### ORDER

This cause came on for consideration on motion of the United States of America in accordance with the provisions of 18 U.S.C. §3573 (amended November 18, 1988) for remission of the unpaid balance of the fine imposed on May 8, 2003, in this cause; and the Court having considered the motion, is of the opinion that the motion is well taken, and the unpaid balance in the amount of $1,702.57 for the fine imposed on May 8, 2003, against the above-named Defendant, is hereby remitted.

**THUS DONE AND SIGNED** this 3rd day of January 2007, at Rochester, New York.

```
                           S/ MICHAEL A. TELESCA
                           MICHAEL A. TELESCA
                           UNITED STATES DISTRICT JUDGE
```